ELECTRONICALLY FILED
12/11/2020 2:30 PM
02-CV-2020-902469.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| JEFFREY H. HUNTER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.:  CV-2020-_____ |
| | * | |
| MATHESON TRI-GAS, INC.; JOHN K. | * | |
| DOUGHERTY; fictitious defendants A, | * | |
| B and C, being those persons, entities | * | |
| and/or corporations who caused or | * | |
| contributed in any way to the collision | * | |
| and the Plaintiff's injuries and damages | * | |
| made the basis of this lawsuit; fictitious | * | |
| defendants D, E and F, being those | * | |
| persons, entities and/or corporations who | * | |
| drove, owned, controlled, and/or | * | |
| operated the vehicle which collided into | * | |
| Plaintiff's vehicle; fictitious defendants G, | * | |
| H and I, being those persons, corporations | * | |
| and/or entities who maintained, serviced, | * | |
| altered, repaired, and/or inspected or | * | |
| caused any damage, defect or dangerous | * | |
| condition of the vehicle which collided | * | |
| into the Plaintiff's vehicle; fictitious | * | |
| defendants J, K and L, being those | * | |
| persons, entities and/or corporations who | * | |
| negligently/wantonly supervised, allowed, | * | |
| permitted and/or entrusted John K. | * | |
| Dougherty or other person to drive the | * | |
| vehicle which collided into and injured the | * | |
| Plaintiff; all of the fictitious defendants | * | |
| whose true identities are unknown at present | * | |
| but  will be supplied by amendment upon | * | |
| being ascertained; | * | |
| | * | |
| Defendants. | * | |

## COMPLAINT

COMES NOW the Plaintiff   JEFFREY  H.  HUNTER ("HUNTER") in  the  above-styled

action and for his Complaint against the Defendants states as follows:

EXHIBIT A

## PARTIES

1.      Plaintiff, JEFFREY H. HUNTER (hereinafter referred to as "HUNTER") is an adult resident citizen of Davidson County, Tennessee, and was so at all times material hereto.

2.      Defendant MATHESON TRI-GAS, INC.. (hereinafter referred to as "MATHESON") is a foreign corporation and was doing business in Dallas County, Texas, at all times material hereto.

3.       Defendant JOHN K. DOUGHERTY (hereinafter referred to as "DOUGHERTY") is an adult resident citizen of Copiah County, Mississippi.

## COUNT ONE:  NEGLIGENCE

Plaintiff re-alleges all preceding allegations, and further alleges:

4.      On or about January 2, 2019, Plaintiff  HUNTER was travelling Eastbound on Interstate 10 in Mobile County, Alabama. The Defendant, DOUGHERTY was also travelling Eastbound on Interstate 10 in Mobile County, Alabama. While travelling along side each other, the Defendant, DOUGHERTY'S tire blew, causing the truck he was operating to enter the travel lane of the Plaintiff, HUNTER. Defendant DOUGHERTY, acting individually and/or as agent of Defendant(s) MATHESON, D, E, F, J, K, and/or L,  negligently/wantonly operated a large commercial vehicle on Interstate 10 in  County of Mobile, and the State of Alabama, so as to cause or allow the same to collide with the vehicle that HUNTER was driving.

5.      DOUGHERTY  was negligent in one or more of the following respects by:

      a.      failing to use reasonable care not to cause harm to others using a public roadway;

      b.      failing to use reasonable care to anticipate the presence of others;

      c.      failing to see other vehicles on the road that should have been seen;

2

**EXHIBIT A**

d.     driving in such a manner or such a speed as to cause a large commercial vehicle to crash into Plaintiff's vehicle;

e.     Driving too fast and carelessly in a commercial vehicle under the conditions and circumstances, thus endangering others on the highway;

f.     inattentively operating a commercial vehicle in a dangerous and distracted manner;

g.     operating a commercial vehicle in violation of the Rules of the Road; and

h.     other negligent acts and omissions.

6.     At the time of the incident made the basis of this lawsuit, DOUGHERTY was acting within the scope of his employment or authority by performing an act or an act closely related to an act he was hired or asked to perform by Defendant(s) MATHESON., D, E, F, J, K and/or L, who was/were the principal(s) or employer(s) of DOUGHERTY at the time of said collision.

7.     As a proximate result of the Defendants' negligent conduct, Plaintiff suffered personal injuries and damages as follows: past and future physical injuries and pain to his body; present, past, and future medical, hospital, pharmacy, and related expenses; past and future loss of enjoyment of life; past and future mental anguish, distress, and worry; temporary and/or permanent disability and/or impairments; past and future lost wages; and other harms and losses.

WHEREFORE, Plaintiff demands judgment against the Defendant(s)MATHESON, D, E, F, J, K and/or L, jointly and/or individually, for compensatory damages, plus costs.

## COUNT TWO:  WANTONNESS

8.     Plaintiff re-states all preceding allegations of this Complaint, and further alleges:

EXHIBIT A

9.      Defendants DOUGHERTY, MATHESON,  D, E, F, J, K and/or L,  consciously acted with reckless disregard of the rights, lives  and safety of others, including the Plaintiff, and were aware that harm would likely and probably result from their actions.

10.      The Defendants' aforesaid wanton conduct proximately caused Plaintiff's aforesaid injuries.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and individually, for compensatory and punitive damages, plus and costs.

## COUNT THREE:  NEGLIGENT/WANTON ENTRUSTMENT AND/OR SUPERVISION

11.      Plaintiff realleges each preceding paragraph of this Complaint and further alleges:

12.      Defendant DOUGHERTY negligently or wantonly operated the commercial vehicle as hereinabove described so as to cause or allow it to crash into the rear end of the Plaintiff's vehicle.

13.      Defendant(s) MATHESON, D, E, F, J, K and/or L was/were was the owner(s), operators and/or licensees of said vehicle,  and/or said Defendants, separately or severally,  had control or custody of the large commercial motor vehicle at the time it was entrusted to DOUGHERTY.

14.      DOUGHERTY was incompetent and/or unfit to use or operate the commercial vehicle entrusted to him by said Defendant(s).

15.      Defendant(s)  MATHESON, D, E, F, J, K and/or L,  knew or by using reasonable care should have known that DOUGHERTY was incompetent and/or unfit to operate a commercial vehicle because DOUGHERTY lacked sufficient knowledge on how to safely operate the large commercial motor vehicle and/or other factors concerning DOUGHERTY's lack of competence,

4

EXHIBIT A

fitness and/or capacity to drive and/or operate the commercial vehicle that collided into Plaintiff HUNTER's vehicle.

Plaintiff suffered the aforesaid injuries as a result of DOUGHERTY's incompetence and unfitness.

WHEREFORE, Plaintiff demands judgment against Defendant(s)  MATHESON, D, E, F, J, K, and/or L, jointly and/or individually for compensatory damages, plus costs.

### COUNT FOUR:  DIRECT NEGLIGENCE/WANTONNESS AGAINST DEFENDANTS MATHESON TRI-GAS, INC.

16.     Plaintiff realleges  all preceding paragraphs of this Complaint and further alleges:

17.     Defendant(s) MATHESON, D, E, F, J, K and/or L, negligently/wantonly failed to have adequate policies, negligently failed to maintain its vehicles, negligently lacked adequate policies, standards and procedures, negligently failed to educate,  negligently failed  to periodically audit or check drivers, negligently failed to periodically audit driver logs for hour violations, negligently failed to design systems that assure that drivers are trained, negligently hired, trained, supervised its drivers, negligently inspected, maintained, controlled and/or operated its vehicles, and negligently failed to have safe drivers and/or vehicles driving on the roadway.

18.     As a proximate result of said Defendants' joint and/or individual negligence/wantonness, Plaintiff was caused to suffer the following damages: past and future physical injuries and pain  to his body; present, past, and future medical, hospital, pharmacy, and related expenses; past and future loss of enjoyment of life; past and future mental anguish, distress, and worry; temporary and/or permanent disability and/or impairments; past and future lost wages; and other harms and losses.

WHEREFORE, Plaintiff demands judgment against Defendant(s)  MATHESON,  D, E, F, J, K, and/or L, jointly and/or individually, for compensatory and punitive  damages, plus costs.

EXHIBIT A

Respectfully submitted,

**CITRIN LAW FIRM, P.C.**
Attorneys for Plaintiff

*/s/ W. Bradford Kittrell*
W. Bradford Kittrell (KIT008)
Post Office Drawer 2187
Daphne, Alabama 36526
Telephone:     (251) 888-8400
Facsimile:      (251) 888-8000
Email: Brad@citrinlaw.com

**Please Serve Defendants Via Certified Mail, Return Receipt Requested, as Follows:**

Matheson Tri-Gas, Inc.
1999 Bryan Street, Suite 900
Dallas, TX 75201

John K. Dougherty
1016 Dickerson Lane
Wesson, MS 39191

EXHIBIT A